IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR3040 |
| ) | |
| RALPH E. JACKSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Trial, filing 15, from June 9, 2008, for 30 days. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant's trial shall be continued until the 14th day of July, 2008, at 9:00 a.m. The Defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by continuing Defendant's trial; and that continuing the trial in this case outweighs the best interest of the Defendant and the public in a speedy trial. Accordingly, the time between today's date and the date next set for trial shall be excluded for speedy trial calculation purposes pursuant to 18 U.S.C. § 3161(h)(8)(a).

Dated June 2, 2008.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge